Davis Kronig, Respondent, v. Louis I. Harris, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Benjamin J. Lymam, Appellant, v. Francis Merges and John G. Gillig, the Name "John G." Being Fictitious, etc., Respondents.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the case was for the jury, and the dismissal seems to have been on no ground whatever. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Sophie Maass, Respondent, v. Marcus A. Rosenthal, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ , concurred.

Jennie C. Mayer, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Patrick McTernan, Respondent, v. The Brooklyn Heights Railroad Company Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

William H. Michels, Appellant, v. Ernest C. Wagner, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Henry Miles & Sons, Appellant, v. Sebastian Hollister, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

James D. Moran, Respondent, v. New York and Queens County Railway Company, Defendant, Impleaded with Interstate Paving Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Ormond & O'Brien, Respondent, v. Cohn Cut Stone Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Emmett D. Page, Respondent, v. David Nowak, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there was no proof of agency in the wife, and, therefore, no contract was proved. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

William V. Pascual, Respondent, v. J. Cornell Brown, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Harry B. Peace and Harvey W. Peace, Jr., Composing the Firm of Peace Bros., Respondents, v. Wallace Transportation Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.